UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ELECTRONIC PRIVACY
INFORMATION CENTER**

    Plaintiff

    v.         Civil Action No. **02cv0620**
    Judge Colleen Kollar-Kotelly

**OFFICE OF HOMELAND SECURITY,**
*et al*

    Defendant

FILED
FEB - 5 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(February 4, 2003)

Before the Court is *Plaintiff's Motion for Enlargement of Time in Which to Take Discovery* [#14]. The Court, on December 26, 2002, granted Plaintiff's request for limited discovery on whether the Office of Homeland Security is an "agency" subject to the Freedom of Information Act [FOIA]. Discovery was to be completed by February 24, 2003. Evidently, Plaintiff's counsel was not prepared to engage in discovery, instead taking approximately 30 of the 60 days to engage additional counsel to actually conduct the discovery. The Court is surprised that Plaintiff's counsel, who outlined the areas of discovery, is unable to conduct the requisite discovery. Defendants' responses to Plaintiff's written discovery will be returned by February 24, 2003. However, Plaintiff's counsel wants to allow time for depositions. Defendants' counsel objects to depositions, but not to the extension of discovery to March 31, 2003, with a concomitant request to extend the deadline for refiling the Motion for Summary



Judgment to April 30, 2003. Although the Court will grant the extensions, it does so reluctantly. At present, the Court makes no ruling on whether or not depositions are appropriate.

Accordingly, it is this 5 day of February, 2003,

**ORDERED** that Plaintiff's *Motion for Enlargement of Time in Which to Take Discovery* [#14] is hereby **Granted**, and discovery is **extended to March 31, 2003**, with no further extensions; and it is

**FURTHER ORDERED** that the *filing of dispositive motions* by Defendant, if they so choose, is **extended to April 30, 2003**, with no further extensions.

_____
**COLLEEN KOLLAR-KOTELLY**
**United States District Judge**

Copies to:

Paul R. Q. Wolfson
WILMER, CUTLER & PICKERING
2445 M Street, NW
Washington, D.C. 20037

Anthony J. Coppolino
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

C