IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 7 2003

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 02-CV-620 (CKK) |
| v. ) | |
| ) | |
| OFFICE OF HOMELAND SECURITY, et al. ) | (Judge Colleen Kollar-Kotelly) |
| ) | |
| Defendants. ) | |

ORDER

Upon consideration of defendants' consent request for a status conference, the record of this case, and good cause appearing, it is

HEREBY ORDERED THAT a status conference in this action ~~shall be held on Friday, March 28, 2003 at _____ in Courtroom~~ *is moot*.

SO ORDERED:

DATE: 3/27/03

_____
United States District Judge

## SERVICE LIST

Copies of the foregoing Order should be served on the following:

Anthony J. Coppolino
Senior Trial Counsel
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.  Room 1062
Washington, D.C.  20530
Voice Tel:  (202) 514-4782
Fax Tel:     (202) 616-8460

David L. Sobel
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C.  20009
Voice Tel: (202) 483-1140
Fax Tel:    (202)  482-1248

Paul R.Q. Wolfson
WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037
Voice Tel:  (202) 663-6000
Fax Tel:     (202) 633-6363