IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED ✓

APR 30 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ELECTRONIC PRIVACY INFORMATION CENTER,

Plaintiff,

v.

OFFICE OF HOMELAND SECURITY et al.

Defendants.

02-CV-620 (CKK)

(Judge Colleen Kollar-Kotelly)

Approved / Kollar-Kotelly
Judge CKK 4/30/03

STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the parties to this action, through their undersigned counsel, stipulate and agree that this action shall be and hereby is dismissed without prejudice but on the condition that the plaintiff not re-file suit against these defendants seeking the particular documents at issue in this case absent a finding by a court of competent jurisdiction that there has been a relevant, material change in factual circumstances concerning the function of the Office of Homeland Security. Subject to this condition, all claims and defenses would be preserved in any such future action. Other than as stated herein, there are no other agreements in connection with this stipulation and dismissal. Each side shall bear their own fees and costs.

**FOR THE DEFENDANTS**

ROBERT D. McCALLUM, JR.
Assistant Attorney General

ROSCOE C. HOWARD, JR.
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

**FOR THE PLAINTIFF**

DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20009
Voice Tel: (202) 483-1140
Fax Tel: (202) 483-1248

(N)

19

<mark style="signature">*Anthony J Coppolino*</mark>
ANTHONY J. COPPOLINO
(D.C. Bar No. 417323) 4/28/03
Senior Trial Counsel
Department Of Justice
Civil Division, Room 1084
901 E Street, N.W.
Washington, D.C. 20530
Voice Tel: (202) 514-4782
Fax Tel : (202) 616-8470

*[signature]*
PAUL R.Q. WOLFSON
(D.C. Bar No. 414759)  4/28/03
WILMER, CUTLER & PICKERING
2445 M Street N.W.
Washington, D.C. 20037
Voice Tel: (202) 663-6000
Fax Tel:   (202) 663-6363

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF HOMELAND SECURITY, et al., )<br>)<br>Defendants. )<br>_____) | No. 02-CV-620 (CKK)<br><br>(Judge Colleen Kollar-Kotelly) |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Stipulation of Dismissal has been served by first-class mail this 28th day of April, 2003, upon the following counsel:

ANTHONY J. COPPOLINO
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044

_____
Paul R.Q. Wolfson
D.C. Bar No. 414759

WILMER, CUTLER & PICKERING
2445 M Street, N.W.
Washington, D.C. 20037
(202) 663-6000
FAX: (202) 663-6363

Attorney for Plaintiff